Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown* et al. (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained.

No. 65174.—The Best Foods, Inc. *v.* United States, protests 279541–K and 279518–K (Norfolk).

Opinion by DONLON, J. In accordance with stipulation of counsel .that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 65175.—Rocca-Cuvi, Inc. *v.* United States, protest 316894–K (Los Angeles).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 65176.—Estate of Carl Milles *v.* United States, protest 60/3835 (New York).

Opinion by DONLON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

FEBRUARY 16, 1961

No. 65177.—The A. W. Fenton Co., Inc. *v.* United States, protest 241454–K. Protest abandoned January 4, 1961. (Not published.) Plaintiff's application for rehearing granted.

FEBRUARY 15, 1961

No. 65178.—SUIT 5020.—United States *v.* Border Brokerage Company.—

C.D. 2105 affirmed December 8, 1960. C.A.D. 760.

BEFORE THE SECOND DIVISION, FEBRUARY 21, 1961

No. 65179.—A. E. Lyon Co. *v.* United States, protest 59/29077 (Los Angeles).